NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORRIS BROOKS, | : |
| Plaintiff, | : Civil Action No. 18-1149 (CCC) |
| v. | : **MEMORANDUM OPINION** |
| UNION TOWNSHIP POLICE DEPARTMENT TAC UNIT, | : |
| Defendant. | : |

**CECCHI, District Judge.**

This matter has come before the Court on a civil rights Complaint filed by *pro se* Plaintiff Norris Brooks pursuant to 42 U.S.C. § 1983. Because Plaintiff is proceeding *in forma pauperis*, *see* ECF No. 6, the Court must screen the Complaint to determine whether the case shall be dismissed because it is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). Having completed this screening, for the reason stated below, the Complaint is dismissed with prejudice.

The Complaint names a single defendant, the Union Township Police Department TAC Unit. However, a city police department is not a "person" amendable to suit under § 1983. *See Mikhaeil v. Santos*, 646 F. App'x 158, 163 (3d Cir. 2016) ("The District Court also correctly determined that the Jersey City Police Department was not a proper party to this action."); *Jackson v. City of Erie Police Dep't*, 570 F. App'x 112, 114 n.2 (3d Cir. 2014) ("We further agree with the

District Court that the police department was not a proper party to this action."). Accordingly, the Complaint fails to state a claim upon which relief may be granted, and is dismissed with prejudice.[1]

Date:

Claire C. Cecchi, U.S.D.J.

---

[1] The Court warns Plaintiff against filing meritless lawsuits in the future. Repeated attempts to raise meritless claims while proceeding *in forma pauperis* may be construed as an abuse of process, and may result in severe restrictions to Plaintiff's ability to proceed *in forma pauperis* in the future. *See Aruanno v. Davis*, 679 F. App'x 213 (3d Cir. 2017) (affirming the district court's adoption of the three-strike rule to non-prisoner *pro se* plaintiff under extraordinary circumstances).